# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS | : : : : : : | MDL 875 <br><br> OHIO NORTHERN <br> *(MARDOC)* |

## O R D E R

**AND NOW** on this **5th** day of **July, 2011**, it is hereby **ORDERED** that the actions attached hereto and listed as *Exhibit "A"* are hereby dismissed pursuant to Plaintiffs' counsel.

**BY THE COURT:**

_____
EDUARDO C. ROBRENO, J.